# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIE T. SMITH,
                    Appellant,
        vs.
THE STATE OF NEVADA,
                    Respondent.

No. 80537

**FILED**

MAR 0 5 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

Appellant filed a notice of appeal on February 3, 2020. The notice of appeal fails to identify any decisions of the district court. *See* NRAP 3(c)(1)(B). To the extent that appellant's appeal is in regard to the "Decision and Order" entered on March 11, 2019, the notice of appeal was untimely filed. *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (stating that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

20-08817

cc:  Hon. Joseph Hardy, Jr., District Judge
     Willie T. Smith
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk